```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELLE GRANT,

                Plaintiff,

-against-                        1:22-cv-4443 (MKV)

UNITED CEREBRAL PALSY                  ORDER
ASSOCIATIONS OF NEW YORK STATE,
INC.,

                Defendant.

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that Plaintiff shall respond to Defendant's letter regarding document production by November 30, 2022. If any discovery disputes remain following this exchange, the parties shall promptly notify the Court of the nature of the dispute and of any anticipated motions that may result.

    IT IS FURTHER ORDERED that the deadline to complete fact discovery is extended to December 15, 2022.

    IT IS FURTHER ORDERED that the any motion for summary judgment is due by January 17, 2023. Any opposition is due by February 3, 2023, and any reply is due by February 10, 2023.

    The Court will refer the parties to the magistrate judge for settlement purposes in a separate order. Within three business days of any settlement conference, the parties shall file a joint letter advising the Court as to the status, but not substance, of settlement discussions.

**SO ORDERED.**

Date:  **November 22, 2022**                       _____
        **New York, NY**                           **MARY KAY VYSKOCIL**
                                                             United States District Judge