```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELLE GRANT,

                Plaintiff,

-against-

UNITED CEREBRAL PALSY
ASSOCIATIONS OF NEW YORK STATE,
INC.,

                Defendant.

1:22-cv-4443-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The parties have reported that they have reached a settlement of this matter. [ECF No. 22]. The claims in this case include claims arising under the Fair Labor Standards Act. In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties are directed to file on or before **January 9, 2023** a joint letter with sufficient information to enable the Court to evaluate whether the settlement is fair and reasonable.

    The letter should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

    The joint letter should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information detailing the actual attorney's fees incurred. Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

The Court hereby adjourns *sine die* all upcoming appearances and deadlines.

**SO ORDERED.**

**Date: December 9, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**