# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　Web: www.abdulhassan.com

**January 9, 2023**

**Via ECF**

Hon. Mary Kay Vyskocil, USDJ
Hon. Sarah Netburn, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

　　　　　　　　　　Re: <u>Grant v. UCP Associations Of New York State, Inc.</u>
　　　　　　　　　　　　Case #: 22-CV-04443 (MKV)(SN)
　　　　　　　　　　　　Motion for Extension of Time

Dear Judge Vyskocil/Magistrate-Judge Netburn:

　　　My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the January 9, 2023 deadline for the plaintiff to file a motion for settlement approval. This request is being made because some additional time is needed to obtain full execution of the settlement agreement and finalize the related submissions under Cheeks. We did not anticipate the need for this extension. No prior request for an extension of this deadline was made. A consent to Magistrate Form has also been filed at ECF No. 24.

　　　We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC
　/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq.

**cc:**　　**Defense Counsel via ECF**

---

**Granted. SO ORDERED.**

Date: 1/11/2023
New York, New York

　　　　　　　　　　　*Mary Kay Vyskocil*
　　　　　　　　　　　Mary Kay Vyskocil
　　　　　　　　　　　United States District Judge

1